# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RASHEEN D. FAIRLY,<br><br>        Petitioner,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | CASE NO. CV 08-03471 JVS (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of RASHEEN D. FAIRLY for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed.

The Clerk shall send a copy of the underlying Report And Recommendation and a copy of this Judgment to the United States Attorney for the Eastern District Of California in reference to that District's case nos. CV-F-06-1588 OWW/WMW and CR-F-95-5193 OWW.

///
///
///

Petitioner is ORDERED to attach a copy of the Magistrate Judge's Report And Recommendation and a copy of this Judgment to any and all initial filings in any future proceeding seeking to challenge his sentence.

DATED: 7.2.08

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

- 2 -